UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SARAH LIPSCHUTZ.,

                    Plaintiff,

  -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

                    Defendant.

------------------------------------------------------------X

ORDER

20 Civ. 2902 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on November 17, 2020 at 9:30 a.m. is hereby cancelled.

Dated: November 5, 2020
       New York, New York

SO ORDERED.

*signature: George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE